IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

TAURICE M. CRISP,
        Plaintiff,
  v.                                    **Judgment in a Civil Case**
ALVIN WALKER,
        Defendant.                    Case Number: 5:11-CT-3147-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice plaintiffs action under 28 U.S.C. § 1915(g).

<u>This Judgment Filed and Entered on November 9, 2011, with service on:</u>
Taurice M. Crisp  0093103, Central Prison, 1300 Western Blvd., Raleigh, NC  27606 (via U.S. Mail)

November 9, 2011                                        /s/ Dennis P. Iavarone
                                                                                     Clerk